

# Fourth Court of Appeals
## San Antonio, Texas

October 12, 2020

No. 04-20-00351-CV

**IN THE INTEREST OF T.E.C., ET AL CHILDREN**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-01552
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

This is an accelerated appeal of the trial court's order terminating appellant, Teodoro C.'s parental rights. The disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal is filed. *Id.*

Appellant's brief was originally due to be filed on September 15, 2020. On September 15, 2020, appellant filed an unopposed motion requesting a forty-day extension of time to file the brief. This court granted in part and denied in part the motion, and ordered appellant to file his brief no later than October 5, 2020. Our order cautioned appellant that, given the time constraints governing the disposition of this appeal, further requests for extensions of time would not be granted absent extenuating circumstances.

On October 2, 2020, appellant filed a second unopposed motion for an extension of time to October 26, 2020. The motion is GRANTED and appellant is hereby ORDERED to file his brief no later than October 26, 2020. **No further extensions of time will be granted.**

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of October, 2020.



Michael A. Cruz,
Clerk of Court